# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160809-10(50)

CITY OF WAYNE RETIREES ASSOCIATION,
CHRISTOPHER JOHNSON, TIMOTHY
REYNOLDS, ROBERT ENGLISH, EDMUND
ROTHFELDER, DANIEL HAMANN, and
CHERYL FISHER, on behalf of themselves and
all others similarly situated,
          Plaintiffs-Appellants,

v

                                        SC: 160809; 160810
                                        COA: 343522; 343916

CITY OF WAYNE,
          Defendant-Appellee.
                                        Wayne CC: 17-009118-CK

_____/

On order of the Court, the motion for reconsideration of this Court's September 11, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020



Clerk

a1116